KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
1120 D Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail: kyleknapp@sbcglobal.net

Attorney for Defendant
RICHARD LOPEZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>RICHARD LOPEZ.<br><br>  Defendants. | No. 2:16-CR-00009-TLN<br><br>WAIVER OF APPEARANCE FOR DEFENDANT RICHARD LOPEZ; ORDER |

  Defendant, Richard Lopez, hereby waives his right to be personally present in open court for the hearing of any status conference, motion or other proceeding in this case, except that he will agree to be personally present for any plea, sentencing or jury trial, and he agrees to be personally present in court when ordered by the court to be present.

  Defendant, Ricard Lopez, hereby requests the court to proceed in his absence. Defendant agrees that his interest will be deemed represented at all times by the presence of his undersigned attorney, the same as if he were personally present.  Defendant further agrees to be present in court ready for trial on any date set by the court in his absence.

Defendant further acknowledges that he has been informed of hi rights under the Speedy Trial Act (Title 18 U.S.C. section 3161-3174), and he has authorized his undersigned attorney to set times for hearing and to agree to delays under the provision of the Speedy Trial Act without his being personally present.

Dated:  May 2, 2016

/s/ Richard Lopez
RICHARD LOPEZ
Defendant

Dated: May 2, 2016

/s/ Kyle R. Knapp
KYLE KNAPP
Attorney for Defendant
RICHARD LOPEZ

**ORDER**

**IT IS SO ORDERED**.

Dated:  May 2, 2016

Troy L. Nunley
United States District Judge