KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
1120 D Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail: kyleknapp@sbcglobal.net

Attorney for Defendant
RICHARD LOPEZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>v.<br><br>RICHARD LOPEZ,<br><br>　　　Defendants. | No. 16-CR-0009-TLN<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING CONDITION 13 OF PRETRIAL RELEASE<br><br>Date:  n/a<br>Time:  n/a<br>Judge:  Honorable Carolyn Delaney |

　　　In the matter at bar, Defendant seeks to temporarily alter the Court's previously issued Pretrial Release Order issued by the Hon. Carolyn K. Delaney on December 16, 2015.

　　　Mr. Lopez's goddaughter is having her Quinceanera this Saturday.  The festivities will last until late in the evening and would conflict with his currently set curfew.  In order to attend and play the part traditionally paid by the godfather he would need to have his curfew temporarily extended four hours, essentially from the currently set 8pm to 12am or midnight on September 25, 2016.

　　　Mr. Lopez's pretrial services officer, Renee Basurto, has confirmed Mr. Lopez's itinerary and the defendant has been in compliance with the terms of his pre-trial release for the

past nine months. Counsel for the government, AUSA Jason Hitt has indicated that he has no objection to the requested temporary modification.

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Jason Lee, Assistant United States Attorney, attorneys for plaintiff and Kyle Knapp, attorney for defendant Richard Lopez; that Special Condition of Release No. 13 be modified to allow him to extend his curfew by four hours to 12:00am on September 25, 2016, in order to attend the Quinceanera.

All other terms and conditions of release remain in place.

IT IS SO STIPULATED.

Dated: September 22, 2016                           PHILLIP A. TALBERT
                                                    UNITED STATES ATTORNEY

                                            by:     /s/ Jason Hitt
                                                    JASON HITT
                                                    Assistant U.S. Attorney
                                                    Attorney for Plaintiff


Dated:  September 22, 2016                          /s/ Kyle R. Knapp
                                                    KYLE KNAPP
                                                    Attorney for Defendant
                                                    RICHARD LOPEZ

# ORDER

The Stipulation of the parties is hereby accepted and Mr. LOPEZ is temporarily relieved of Special Condition of Release No. 13, mandating that he be subject to a curfew of 8:00pm. On September 24, 2016 his curfew will be extended four hours, to midnight on September 25, 2016, so that he may attend his goddaughter's Quinceanera.

**IT IS SO ORDERED**.

Dated:  September 23, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE