KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
1120 D Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail: kyleknapp@sbcglobal.net

Attorney for Defendant
RICHARD LOPEZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 16-CR-0009-TLN |
| Plaintiff, | STIPULATION AND ORDER REGARDING AMENDED SPECIAL CONDITIONS OF PRETRIAL RELEASE |
| v. | |
| RICHARD LOPEZ, | Date: n/a<br>Time: n/a<br>Judge: Honorable Kendall J. Newman |
| Defendants. | |

In the matter at bar, Defendant seeks to amend the Court's previously issued Pretrial Release Order issued by the Hon. Carolyn K. Delaney on December 16, 2015.

Counsel was contacted by Daryl Walker of pretrial services requesting that Mr. Lopez be relieved of the testing requirement of his release conditions. I contacted Assistant United States Attorney Jason Hitt and he had no objection to the removal of the conditions. To date, Mr. Lopez has been in full compliance with all terms and conditions of his pretrial release.

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Jason Hitt, Assistant United States Attorney, attorneys for plaintiff and Kyle Knapp, attorney for defendant Richard Lopez; that the Amended Special Conditions of Release Number

1

10 (for drug and alcohol testing) be removed. Exhibit A is a modified list of Special Conditions.

All other terms and conditions of release remain in place.

IT IS SO STIPULATED

Dated: November 8, 2017                                PHILLIP A. TALBERT
                                                       UNITED STATES ATTORNEY

                                              by:     /s/ Jason Hitt
                                                      JASON HITT
                                                      Assistant U.S. Attorney
                                                      Attorney for Plaintiff


Dated:  November 8, 2017                              /s/ Kyle R. Knapp
                                                      KYLE KNAPP
                                                      Attorney for Defendant
                                                      RICHARD LOPEZ

**ORDER**

The Stipulation of the parties is accepted, Amended Special Condition No. 10 (the drug and alcohol testing requirement), for Mr. Lopez is discontinued and the Second Amended Special Conditions of Release are hereby adopted.

**IT IS SO ORDERED**.

Dated: November 9, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

# EXHIBIT A

# **SECOND AMENDED SPECIAL CONDITIONS OF RELEASE**

Re: Lopez, Richard
No.: 2:16-CR-00009-TLN-3
Date: November 1, 2017

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;
2. You must report in person to the Pretrial Services Agency on the first working day following your release from custody;
3. You must reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;
4. You shall cooperate in the collection of a DNA sample;
5. Your travel is restricted to the Northern and Eastern Districts of California unless otherwise approved in advance by the pretrial services officer;
6. You shall surrender your passport to the Clerk, U. S. District Court, and obtain no passport during the pendency of this case;
7. You shall not possess a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms/ammunition currently under your control;
8. You shall seek and/or maintain employment and provide proof of same as requested by your pretrial services officer;
9. You shall refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;
10. You shall not associate or have any contact with any co-defendants or any case related defendants unless in the presence of counsel or otherwise approved in advance by the pretrial services officer;
11. You shall report any contact with law enforcement to your pretrial services officer within 24 hours.