**KYLE R. KNAPP**
**Attorney at Law**
California State Bar No. 166597
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Telephone:(916) 441-4717

Attorney for Richard Lopez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>RICHARD LOPEZ,<br><br>                Defendant.<br>_____ | CASE NO. 2:16-CR-0009-TLN<br><br>**STIPULATION AND ORDER TO SET NEW JUDGEMENT AND SENTENCING DATE & NEW DISCLOSURE SCHEDULE**<br><br>DATE: December 5, 2019<br>Time: 9:30 am<br>COURT: Hon. Troy L. Nunley |

     IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Jason Hitt, Assistant United States Attorney, attorney for plaintiff and Kyle Knapp, attorney for defendant, RICHARD LOPEZ, that the previously scheduled status for sentencing date of December 5, 2019, be vacated and the matter set for sentencing on February 27, 2020 at 9:30 a.m.

     This continuance is requested to allow defendant to recover medically and finalize some probation dynamics. I have contacted Mr. Hitt and Ms. Moore and they have no objection to the new sentencing date.

     In light of the above request, the following revised sentencing schedule is requested: Judgement and Sentencing – February 27, 2020; Reply or Statement of Non Opposition to Motion to Correct PSR due February 20, 2020; Motion to Correct PSR due February 13, 2020; Probation Report and Response to Informal Objections due February 6, 2020; and Informal

Objections due January 30, 2020. The draft PSR will be disclosed to counsel no later than January 16, 2020.

Dated: December 2, 2019                    Respectfully submitted.

                                                   /s/ Kyle R. Knapp
                                                 Kyle R. Knapp
                                                 Attorney for Defendant Richard Lopez

Dated: December 2, 2019                    Respectfully submitted.

                                                 /s/ Jason Hitt
                                                 Jason Hitt
                                                 Assistant U.S. Attorney
                                                 Attorney for Plaintiff

    IT IS SO ORDERED.

Dated: December 3, 2019

                                               Troy L. Nunley
                                               United States District Judge