**KYLE R. KNAPP**
**Attorney at Law**
California State Bar No. 166597
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Telephone:(916) 441-4717

Attorney for Richard Lopez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:16-cr-0009-TLN |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | STIPULATION AND ORDER TO |
| v. | ) | SET NEW JUDGEMENT AND SENTENCING |
| | ) | DATE & NEW DISCLOSURE SCHEDULE |
| | ) | |
| RICHARD LOPEZ, | ) | DATE: February 27, 2020 |
| | ) | Time: 9:30 am |
| Defendant. | ) | COURT: Hon. Troy L. Nunley |
| | ) | |
| | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Jason Hitt, Assistant United States Attorney, attorney for plaintiff and Kyle Knapp, attorney for defendant, RICHARD LOPEZ, that the previously scheduled status for sentencing date of February 27, 2020, be vacated and the matter set for sentencing on May 28, 2020 at 9:30am.

This continuance is requested to allow defendant to stabilize medically and finalize some probation dynamics. I have contacted Mr. Hitt and Ms. Moore and they have no objection to the new sentencing date.

In light of the above request, the following revised sentencing schedule is requested: Judgement and Sentencing – May 28, 2020; Reply or Statement of Non

Opposition to Motion to Correct PSR due May 21, 2020; Motion to Correct PSR due May 14, 2020; Probation Report and Response to Informal Objections due May 7, 2020; and Informal Objections due April 30, 2020. The draft PSR will be disclosed to counsel no later than April 16, 2020.

Dated: February 24, 2020                            Respectfully submitted.

                                             /s/ Kyle R. Knapp
                                           Kyle R. Knapp
                                             Attorney for Defendant Richard Lopez

Dated: February 24, 2020                            Respectfully submitted.

                                             /s/ Jason Hitt
                                           Jason Hitt
                                           Assistant U.S. Attorney
                                           Attorney for Plaintiff

**IT IS SO ORDERED.**

DATED: February 25, 2020

                                           Troy L. Nunley
                                           United States District Judge