1 | **KYLE R. KNAPP**
**Attorney at Law**
2 | California State Bar No. 166597
916 2nd Street, 2nd Floor
3 | Sacramento, CA 95814
Telephone:(916) 441-4717
4 |
5 | Attorney for Richard Lopez
6 |
7 |
UNITED STATES DISTRICT COURT
8 |
EASTERN DISTRICT OF CALIFORNIA
9 |
10 | UNITED STATES OF AMERICA,    )   CASE NO.  2:16-cr-0009-TLN
           )
11 |            Plaintiff,    )
           )
12 |            )   STIPULATION AND ORDER TO
v.           )   SET NEW JUDGEMENT AND SENTENCING
13 |            )   DATE & NEW DISCLOSURE SCHEDULE
           )
14 | RICHARD LOPEZ,        )   DATE: May 28, 2020
           )   Time: 9:30 am
15 |           Defendant.   )   COURT: Hon. Troy L. Nunley
           )
16 | _____  )
17 |
18 |
     IT IS HEREBY STIPULATED by and between the parties hereto through their respective
19 |
counsel, Jason Hitt, Assistant United States Attorney, attorney for plaintiff and Kyle Knapp, attorney for
20 |
defendant, RICHARD LOPEZ, that the previously scheduled status for sentencing date of May 28, 2020,
21 |
be vacated and the matter set for sentencing on October 8, 2020 at 9:30 a.m.
22 |
     This continuance is requested to allow defendant to stabilize medically and finalize some
23 |
probation dynamics.  I have contacted Mr. Hitt and Ms. Moore and they have no objection to the new
24 |
sentencing date.
25 |
     In light of the above request, the following revised sentencing schedule is requested: Judgement
26 |
and Sentencing – October 8, 2020; Reply or Statement of Non Opposition to Motion to Correct PSR due
27 |
28 |

October 1, 2020; Motion to Correct PSR due September 24, 2020; Probation Report and Response to Informal Objections due September 17, 2020; and Informal Objections due September 10, 2020.  The draft PSR will be disclosed to counsel no later than August 27, 2020.

Dated: May 22, 2020                                        Respectfully submitted.

    /s/ Kyle R. Knapp
Kyle R. Knapp
Attorney for Defendant Richard Lopez

Dated: May 22, 2020                                        Respectfully submitted.

    /s/ Jason Hitt
Jason Hitt
Assistant U.S. Attorney
Attorney for Plaintiff

**IT IS SO ORDERED.**

Dated: May 22, 2020

Troy L. Nunley
United States District Judge