1 **KYLE R. KNAPP**
**Attorney at Law**
2 California State Bar No. 166597
916 2nd Street, 2nd Floor
3 Sacramento, CA 95814
Telephone:(916) 441-4717
4

5 Attorney for Richard Lopez

6

7

8 UNITED STATES DISTRICT COURT

9 EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,          )   CASE NO.  2:16-cr-0009 - TLN
                                     )
11                      Plaintiff,   )
                                     )
12                                   )   STIPULATION AND ORDER TO
   v.                                )   SET NEW JUDGEMENT AND SENTENCING
13                                   )   DATE & NEW DISCLOSURE SCHEDULE
                                     )
14 RICHARD LOPEZ,                    )   DATE: October 8, 2020
                                     )   Time:  9:30 am
15                      Defendant.   )   COURT: Hon. Troy L. Nunley
                                     )
16 _____   )

17

18
    IT IS HEREBY STIPULATED by and between the parties hereto through their respective
19
counsel, Jason Hitt, Assistant United States Attorney, attorney for plaintiff and Kyle Knapp, attorney for
20
defendant, RICHARD LOPEZ, that the previously scheduled status for sentencing date of October 8,
21
2020, be vacated and the matter set for sentencing on **April 22, 2021 at 9:30am**.
22
    This continuance is requested to allow defendant to stabilize medically and finalize some
23
probation dynamics.  I have contacted Mr. Hitt and Ms. Moore and they have no objection to the new
24
sentencing date.
25
    In light of the above request, the following revised sentencing schedule is requested: Judgement
26
and Sentencing – April 22, 2021; Reply or Statement of Non Opposition to Motion to Correct PSR due
27

28

April 15, 2021; Motion to Correct PSR due April 8, 2021; Probation Report and Response to Informal Objections due April 1, 2021; and Informal Objections due March 25, 2021. The draft PSR will be disclosed to counsel no later than March 11, 2021.

Dated: October 5, 2020                                                    Respectfully submitted.

    /s/ Kyle R. Knapp
Kyle R. Knapp
Attorney for Defendant Richard Lopez

Dated: October 5, 2020                                                    Respectfully submitted.

    /s/ Jason Hitt
Jason Hitt
Assistant U.S. Attorney
Attorney for Plaintiff

**IT IS SO ORDERED.**

Dated: October 6, 2020

Troy L. Nunley
United States District Judge