1 | **KYLE R. KNAPP**
**Attorney at Law**
2 | California State Bar No. 166597
916 2nd Street, 2nd Floor
3 | Sacramento, CA 95814
Telephone:(916) 441-4717

5 | Attorney for Richard Lopez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.  2:16-cr-0009-TLN |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER TO SET NEW JUDGEMENT AND SENTENCING DATE & NEW DISCLOSURE SCHEDULE |
| RICHARD LOPEZ, | ) | DATE: April 22, 2021 |
|  | ) | Time: 9:30 am |
| Defendant. | ) | COURT: Hon. Troy L. Nunley |

 IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Jason Hitt, Assistant United States Attorney, attorney for plaintiff and Kyle Knapp, attorney for defendant, RICHARD LOPEZ, that the previously scheduled status for sentencing date of April 22, 2021, be vacated and the matter set for sentencing on November 18, 2021 at 9:30am.

 This continuance is requested to allow defendant to resolve all of his outstanding medical conditions and to finalize some issues with probation.  I have contacted Mr. Hitt and Ms. Moore and they have no objection to the new sentencing date.

 In light of the above request, the following revised sentencing schedule is requested: Judgement and Sentencing – November 18, 2021; Reply or Statement of Non Opposition to Motion to Correct PSR November 11, 2021; Motion to Correct PSR due November 4, 2021; Probation Report and Response to

Informal Objections due October 28, 2021; and Informal Objections due October 21, 2021.  The draft PSR will be disclosed to counsel no later than October 7, 2021.

Dated: April 15, 2021  Respectfully submitted.

  /s/ Kyle R. Knapp
Kyle R. Knapp
Attorney for Defendant Richard Lopez

Dated: April 15, 2021  Respectfully submitted.

  /s/ Jason Hitt
Jason Hitt
Assistant U.S. Attorney
Attorney for Plaintiff

IT IS SO ORDERED.

DATE:  April 19, 2021

Troy L. Nunley
United States District Judge