**KYLE R. KNAPP**
**Attorney at Law**
California State Bar No. 166597
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Telephone:(916) 441-4717

Attorney for Richard Lopez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>   )<br>             Plaintiff,   )<br>   )<br>v.   )<br>   )<br>   )<br>RICHARD LOPEZ,   )<br>   )<br>             Defendant.   )<br>   )<br>_____   ) | CASE NO.  2:16-CR-0009-TLN<br><br>STIPULATION AND ORDER TO<br>SET NEW JUDGEMENT AND SENTENCING<br>DATE & NEW DISCLOSURE SCHEDULE<br><br>DATE: January 20, 2022<br>Time:  9:30 am<br>COURT: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Jason Hitt, Assistant United States Attorney, attorney for plaintiff and Kyle Knapp, attorney for defendant, RICHARD LOPEZ, that the previously scheduled status for sentencing date of January 20, 2022, be vacated and the matter set for sentencing on March 3, 2022 at 9:30am.

This continuance is requested to allow defendant to resolve all of his outstanding medical conditions and to finalize some issues with probation.  I have contacted Mr. Hitt and Ms. Besabe and they have no objection to the new sentencing date.

In light of the above request, the following revised sentencing schedule is requested: Judgement and Sentencing – March 3, 2022; Reply or Statement of Non-Opposition to Motion to Correct PSR;

February 24, 2022; Motion to Correct PSR due February 17, 2022. The Probation Report has been filed.

Dated: January 11, 2022                     Respectfully submitted.

    /s/ Kyle R. Knapp
Kyle R. Knapp
Attorney for Defendant Richard Lopez

Dated: January 11, 2022                     Respectfully submitted.

    /s/ Jason Hitt
Jason Hitt
Assistant U.S. Attorney
Attorney for Plaintiff

**IT IS SO ORDERED.**

DATE:  January 12, 2022

_____
Troy L. Nunley
United States District Judge