**KYLE R. KNAPP**
**Attorney at Law**
California State Bar No. 166597
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Telephone:(916) 441-4717

Attorney for Richard Lopez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> RICHARD LOPEZ, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | CASE NO.  2:16-cr-0009-TLN <br><br> **STIPULATION AND ORDER TO SET NEW JUDGEMENT AND SENTENCING DATE & NEW DISCLOSURE SCHEDULE** <br><br> DATE: March 3, 2022 <br> Time:  9:30 am <br> COURT: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Jason Hitt, Assistant United States Attorney, attorney for plaintiff and Kyle Knapp, attorney for defendant, RICHARD LOPEZ, that the previously scheduled status for sentencing date of March 3, 2022, be vacated and the matter set for sentencing on May 5, 2022 at 9:30 a.m.

This continuance is requested to allow defendant to resolve all of his outstanding medical conditions and to finalize some issues with probation. I have contacted Mr. Hitt and Ms. Besabe and they have no objection to the new sentencing date.

In light of the above request, the following revised sentencing schedule is requested: Judgement and Sentencing – May 5, 2022; Reply or Statement of Non Opposition to Motion to Correct PSR;

April 28, 2022; Motion to Correct PSR due April 21, 2022. The Probation Report has been filed.

Dated: February 24, 2022            Respectfully submitted.

           /s/ Kyle R. Knapp
           Kyle R. Knapp
           Attorney for Defendant Richard Lopez

Dated: February 24, 2022            Respectfully submitted.

           /s/ Jason Hitt
           Jason Hitt
           Assistant U.S. Attorney
           Attorney for Plaintiff

IT IS SO ORDERED.

DATE: February 28, 2022

Troy L. Nunley
United States District Judge