**KYLE R. KNAPP**
**Attorney at Law**
California State Bar No. 166597
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Telephone:(916) 441-4717

Attorney for Richard Lopez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> RICHARD LOPEZ, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | CASE NO.  2:16-cr-0009-TLN <br><br> STIPULATION AND ORDER TO SET NEW JUDGEMENT AND SENTENCING DATE & NEW DISCLOSURE SCHEDULE <br><br> DATE: May 5, 2022 <br> Time: 9:30 am <br> COURT: Hon. Troy L. Nunley |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Jason Hitt, Assistant United States Attorney, attorney for plaintiff and Kyle Knapp, attorney for defendant, RICHARD LOPEZ, that the previously scheduled status for sentencing date of May 5, 2022, be vacated and the matter set for sentencing on July 21, 2022, at 9:30 a.m.

   This continuance is requested to allow defendant to resolve all of his outstanding medical conditions and to finalize some issues with probation.  I have contacted Mr. Hitt and Ms. Besabe and they have no objection to the new sentencing date.

   In light of the above request, the following revised sentencing schedule is requested: Judgement and Sentencing – July 21, 2022; Reply or Statement of Non-Opposition to Motion to Correct PSR;

July 14, 2022; Motion to Correct PSR due July 7, 2022. The Probation Report has been filed.

Dated: April 21, 2022 　　　　　　　　　　　　Respectfully submitted.

　　　　　　　　　　　　　　　　　　　　　　 /s/ Kyle R. Knapp
　　　　　　　　　　　　　　　　　　　　　Kyle R. Knapp
　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant Richard Lopez

Dated: April 21, 2022 　　　　　　　　　　　　Respectfully submitted.

　　　　　　　　　　　　　　　　　　　　　　 /s/ Jason Hitt
　　　　　　　　　　　　　　　　　　　　　Jason Hitt
　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

IT IS SO ORDERED.

DATE: April 21, 2022

　　　　　　　　　　　　　　　　　　　　　Troy L. Nunley
　　　　　　　　　　　　　　　　　　　　　United States District Judge