**KYLE R. KNAPP**
**Attorney at Law**
California State Bar No. 166597
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Telephone:(916) 441-4717

Attorney for Richard Lopez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.   2:16-cr-0009-TLN |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO SET NEW |
| v. | ) | JUDGEMENT AND SENTENCING DATE & NEW |
| | ) | DISCLOSURE SCHEDULE |
| RICHARD LOPEZ, | ) | DATE: October 6, 2022 |
| | ) | Time: 9:30 am |
| Defendant. | ) | COURT: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Jason Hitt, Assistant United States Attorney, attorney for plaintiff and Kyle Knapp, attorney for defendant, RICHARD LOPEZ, that the previously scheduled status for sentencing date of  October 6, 2022, be vacated and the matter set for sentencing on October 27, 2022 at 9:30am.

This continuance is requested to allow defendant to resolve all of his outstanding medical conditions and to finalize some issues with probation.  I have contacted Mr. Hitt and Ms.Besabe and they have no objection to the new sentencing date.

In light of the above request, the following revised sentencing schedule is requested: Judgement and Sentencing – October 27, 2022; Reply or Statement of Non-Opposition to Motion to Correct PSR; October 20, 2022; Motion to Correct PSR due October 13, 2022. The Probation Report has been filed.

Dated: September 26, 2022					Respectfully submitted,

							  /s/ Kyle R. Knapp
							Kyle R. Knapp
							Attorney for Defendant Richard Lopez

Dated: September 26, 2022					Respectfully submitted,

							  /s/ Jason Hitt
							Jason Hitt
							Assistant U.S. Attorney
							Attorney for Plaintiff

IT IS SO ORDERED.

DATE:  September 29, 2022

							_____
							Troy L. Nunley
							United States District Judge