**KYLE R. KNAPP**
**Attorney at Law**
California State Bar No. 166597
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Telephone:(916) 441-4717

Attorney for Richard Lopez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>RICHARD LOPEZ,<br><br>      Defendant. | CASE NO.  2:16-cr-0009-TLN<br><br>STIPULATION AND ORDER TO SET NEW JUDGEMENT AND SENTENCING DATE & NEW DISCLOSURE SCHEDULE<br><br>DATE: January 5, 2023<br>Time: 9:30 am<br>COURT: Hon. Troy L. Nunley |

  IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Jason Hitt, Assistant United States Attorney, attorney for plaintiff and Kyle Knapp, attorney for defendant, RICHARD LOPEZ, that the previously scheduled status for sentencing date of January 5, 2023, be vacated and the matter set for sentencing on February 2, 2023 at 9:30am.

  This continuance is requested to allow defendant to resolve all of his outstanding medical conditions, procure records, and to finalize some issues with probation. I have contacted Mr. Hitt and Ms. Besabe and they have no objection to the new sentencing date.

  In light of the above request, the following revised sentencing schedule is requested: Judgement and Sentencing – February 2, 2023; Reply or Statement of Non-Opposition to Motion to Correct PSR;

  //

January 26, 2023; Motion to Correct PSR due January 19, 2023. The Probation Report has been filed.

Dated: December 29, 2022                          Respectfully submitted,

                                                         /s/ Kyle R. Knapp
                                                         Kyle R. Knapp
                                                         Attorney for Defendant Richard Lopez

Dated: December 29, 2023                          Respectfully submitted,

                                                         /s/ Jason Hitt
                                                         Jason Hitt
                                                         Assistant U.S. Attorney
                                                         Attorney for Plaintiff

**IT IS SO ORDERED.**

Dated: December 30, 2022                           _____
                                                         Troy L. Nunley
                                                         United States District Judge