**KYLE R. KNAPP**
**Attorney at Law**
California State Bar No. 166597
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Telephone:(916) 441-4717

Attorney for Richard Lopez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.   2:16-cr-0009-TLN |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND ORDER TO SET NEW |
| | ) | JUDGEMENT AND SENTENCING DATE & NEW |
| | ) | DISCLOSURE SCHEDULE |
| RICHARD LOPEZ, | ) | |
| | ) | DATE: February 2, 2023 |
| | ) | Time: 9:30 am |
| Defendant. | ) | COURT: Hon. Troy L. Nunley |
| | ) | |
| _____ | ) | |

        IT IS HEREBY STIPULATED by and between the parties hereto through their respective

counsel, Jason Hitt, Assistant United States Attorney, attorney for plaintiff and Kyle Knapp, attorney for

defendant, RICHARD LOPEZ, that the previously scheduled status for sentencing date of  February 2,

2023, be vacated and the matter set for sentencing on **February 9, 2023, at 9:30 a.m.**

        This continuance is requested to allow defendant to resolve all of his outstanding medical

conditions, procure records, and to finalize some issues with probation.  I have contacted Mr. Hitt and

Ms. Besabe and they have no objection to the new sentencing date.

        In light of the above request, the following revised sentencing schedule is requested: Judgement

and Sentencing – February 9, 2023; Reply or Statement of Non-Opposition to Motion to Correct PSR;

        //

February 2, 2023; Motion to Correct PSR due January 26, 2023. The Probation Report has been filed.

Dated: January 27, 2023                                  Respectfully submitted,


                                                           /s/ Kyle R. Knapp
                                                         Kyle R. Knapp
                                                         Attorney for Defendant Richard Lopez




Dated: January 27, 2023                                  Respectfully submitted,


                                                           /s/ Jason Hitt
                                                         Jason Hitt
                                                         Assistant U.S. Attorney
                                                         Attorney for Plaintiff


          IT IS SO ORDERED.


DATED: January 27, 2023

                                                         Troy L. Nunley
                                                         United States District Judge

16-CR-009-TLN