UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:16-CR-00009-TLN |
| Plaintiff, | ) **SEALING ORDER** |
| v. | ) |
| RICHARD LOPEZ, | ) |
| Defendant. | ) |

Pursuant to Local Rule 141(b) and based upon the representation contained in Defendant's Request to Seal, IT IS HEREBY ORDERED that Sentencing Memorandum Exhibits B through G, containing medical records pertaining to Defendant Richard Lopez, shall be SEALED until further order of this Court. It is further ordered that access to the sealed documents shall be limited to the Government and counsel for Defendant. The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in Defendant's request, sealing Defendant's submissions serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by Defendant would be harmed.

1 | In light of the public filing of its request to seal, the Court further finds that there are no additional alternatives to sealing Defendant's exhibits that would adequately protect the compelling privacy interests identified by Defendant.

IT IS SO ORDERED.

DATED: February 8, 2023

Troy L. Nunley
United States District Judge